Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
20827 North Cave Creek Road, Suite 101
Phoenix, AZ  85024

Telephone:  (602) 482-4300
Facsimile:    (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Kimberly A. Watson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberly A. Watson,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Hartford Life and Accident Insurance Company, Fidelity National Financial, Inc., Fidelity National Financial, Inc. Employee Disability Plan,<br><br>　　　　　Defendants. | Case No.  2:11-CV-01039-SRB<br><br>**STIPULATED MOTION TO DISMISS NAMED DEFENDANTS WITHOUT PREJUDICE** |

　　　　Pursuant to Fed. R. Civ. P. 21, the parties move to dismiss, without prejudice, named Defendants Fidelity National Financial, Inc. and Fidelity National Financial, Inc. Employee Disability Plan in the above referenced matter.

　　　　Plaintiff advises the Court that the Complaint in this matter was filed on May 24, 2011.  The Fidelity Defendants were not served and they have not Answered or otherwise responded to the complaint.

1 RESPECTFULLY REQUESTED this 29th day of August, 2011.

2

3 */s/ Ann Andrews, Esq.*                    */s/ Scott E. Davis, Esq.*
Ann Andrews, Esq.                              Scott E. Davis, Esq.
Attorney for Defendant                         Attorney for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26