# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly A. Watson,<br><br>   Plaintiff,<br><br> v.<br><br>Hartford Life and Accident Insurance Company, Fidelity National Financial, Inc., Fidelity National Financial, Inc. Employee Disability Plan,<br><br>   Defendants. | Case No.  2:11-CV-01039-SRB<br><br>**ORDER** |

Pursuant to good cause appearing, IT IS HEREBY ORDERED Defendants Fidelity National Financial, Inc. and Fidelity National Financial, Inc. Employee Disability Plan are dismissed from this matter without prejudice.

Dated this 30th day of August, 2011.

_____
Susan R. Bolton
United States District Judge