UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly A. Watson,<br><br>             Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company, Fidelity National Financial, Inc., Fidelity National Financial, Inc. Employee Disability Plan<br><br>             Defendant. | Case No. 2:11-cv-01039-SRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned lawsuit is dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

Dated this 15th day of November, 2011.

_____
Susan R. Bolton
United States District Judge

2554941.1